UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6474-JST(RZx) | Date | October 8, 2010 |
|---|---|---|---|
| Title | F.E.A. MERCHANDISING INC. v. WENNER MEDIA LLC, et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)  ORDER ON TRANSFER OF CASE TO JUDGE TUCKER

Pursuant to the Order of the Chief Judge, this matter has been reassigned for all further proceedings from the Hon. Valerie Baker Fairbank, to the calendar of Judge Josephine Staton Tucker, Ronald Reagan Federal Building & United States Courthouse, Courtroom 10A, 411 West Fourth Street, Santa Ana, California.  Substitution of the initials **JST** in place of the initials VBF is necessary on all subsequent filings to prevent problems with electronic filing or delays in processing of documents. The case number shall now read **CV 09-6474-JST(RZx)**.

The Courtroom Deputy Clerk for Judge Tucker is Ellen Matheson, who can be reached at 714-338-4738.  Information regarding Judge Tucker's procedures may be found on the court's website at www.cacd.uscourts.gov > Judges' Procedures & Schedules.

On the Court's own motion, the Final Pretrial Conference is ordered continued from December 13, 2010, to February 7, 2011, at 1:30 p.m.; and the Jury Trial is ordered continued from January 4, 2011, to February 22, 2011, at 9:00 a.m., before this Court.  All other deadlines remain unchanged, unless otherwise ordered by this Court.

Counsel's attention is directed to the Court's Initial Standing Order and Order on Jury Trial filed separately.

|  | : |  |
|---|---|---|
| | Initials of Preparer | enm |